UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
05/18/2009

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 01-34804 |
| | ) | |
| E-Docs MD, Inc | ) | **ORDER FOR PAYMENT** |
| | ) | **OF UNCLAIMED FUNDS** |
| Debtor | ) | #131 |
| | ) | |

There having been a dividend check in the above named case issued to Primus Networks, Inc in the amount of $1,642.94, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the claimant listed above and Claimant having made service on the United States Attorney and United States Trustee.

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Primus Networks, Inc c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345, unclaimed money in the amount of $1,642.94 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: 5/18/2009

UNITED STATES BANKRUPTCY JUDGE